**No. 10-286. Morris D. Murphy, Petitioner v. Maine.**

562 U.S. 1004, 131 S. Ct. 515, 178 L. Ed. 2d 373, 2010 U.S. LEXIS 8538.

November 1, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

Same case below, 991 A.2d 35.

**No. 10-293. Artemio Marcos Abad, Individually and as Trustee of the Artemio M. Abad Revocable Trust, et al., Petitioners v. Finance Factors, Limited, et al.**

562 U.S. 1004, 131 S. Ct. 517, 178 L. Ed. 2d 373, 2010 U.S. LEXIS 8541.

November 1, 2010. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

**No. 10-297. Mark W. Jenney, Petitioner v. City of Barberton, Ohio.**

562 U.S. 1004, 131 S. Ct. 517, 178 L. Ed. 2d 373, 2010 U.S. LEXIS 8564.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 126 Ohio St. 3d 5, 929 N.E.2d 1047.

**No. 10-298. Maria Deisy Palma-Palma, et al., Petitioners v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1004, 131 S. Ct. 517, 178 L. Ed. 2d 373, 2010 U.S. LEXIS 8612.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-299. Yumin Zhao, Petitioner v. Lone Star Engine Installation Center, Inc.**

562 U.S. 1004, 131 S. Ct. 520, 178 L. Ed. 2d 373, 2010 U.S. LEXIS 8593,

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 10-301. Anascape, Ltd., Petitioner v. Nintendo of America, Inc.**

562 U.S. 1004, 131 S. Ct. 520, 178 L. Ed. 2d 373, 2010 U.S. LEXIS 8467.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 601 F.3d 1333.

**No. 10-302. Joyce Kubicki, Petitioner v. Approximately 3.38 Acres of Land Located Near County of Oakland, State of Michigan, et al.**

562 U.S. 1004, 131 S. Ct. 521, 178 L. Ed. 2d 373, 2010 U.S. LEXIS 8657.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.